**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2011**

EUGENE T. HOLMES, a/k/a Eugene "Sherlock" Holmes,

Plaintiff - Appellant,

v.

DAYNA CAUSBY, Director, Board of Elections; DANIEL C.
AYSCUE, President, Alliance Bank & Trust; GREGORY MCINTYRE,
Attorney; TIM MOORE; ROGER WOODARD,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Martin K. Reidinger,
District Judge. (1:14-cv-00241-MR)

Submitted: December 16, 2014        Decided: December 18, 2014

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eugene T. Holmes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene T. Holmes appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Holmes does not challenge in his informal brief the basis for the district court's disposition but instead appears to raise new claims, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED